UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANIA MIKA,

Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

Defendants.

**ORDER**
23 Civ. 8538 (ER)

EDGARDO RAMOS, United States District Judge:

Stefania Mika filed a complaint against American Express Company on September 27, 2023. Doc. 1. The parties jointly requested that this Court stay the proceedings pending the completion of arbitration, Doc. 10, which the Court ordered accordingly on April 1, 2024, Doc. 12. Since then, there has been no activity in this case. The parties are hereby directed to submit a status letter by October 21, 2026.

SO ORDERED.

Dated: October 14, 2026
New York, New York

EDGARDO RAMOS
United States District Judge